IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO ALVAREZ CEBALLOS,

      Petitioner,                    No. 2:08-cv-1243 JFM (HC)

   vs.

D.K. SISTO, Warden, et al.,

      Respondents.                ORDER

_____/

      Petitioner has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of June 11, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's July 9, 2008 motion for an extension of time is granted; and

      2. Petitioner shall file an application to proceed in forma pauperis on or before August 13, 2008.

DATED:  July 21, 2008.

                                              UNITED STATES MAGISTRATE JUDGE

/mp/001
ceba1243.111