IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO ALVAREZ CEBALLOS,

    Petitioner,                  No. 2:08-cv-1243 JFM (HC)

    vs.                             <u>CONSENT CASE</u>

D.K. SISTO, Warden, et al.,

    Respondents.            <u>ORDER</u>

_____/

        Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 16, 2008, petitioner filed a consent to jurisdiction by U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(c). On September 19, 2008, counsel for respondents filed a consent to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c).

        On September 24, 2008, counsel for respondents filed the same form, marking the "decline" to consent box. Counsel provided no reason for the decline of consent, in light of the earlier consent, and did not file a motion to withdraw consent.

        Parties may not withdraw their consents without a showing of good cause or under extraordinary circumstances. 28 U.S.C. § 636(c); <u>Brook, Weiner, Sered, Kreger & Weinberg v. Coreq, Inc.</u>, 53 F.3d 851, 852 (7th Cir.1995).

        Accordingly, this case shall proceed as a consent case; respondent's September 24, 2008 filing will be placed in the court file and disregarded, and the clerk of the court will be

1

directed to assign the instant action to the undersigned and to modify the September 19, 2008 entry to reflect the consent to the jurisdiction of the undersigned.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's September 24, 2008 filing is disregarded (docket no. 13); and

2. The Clerk of the Court is directed to (a) assign the instant case to the undersigned, (b) modify docket entry no. 12 to reflect respondent's consent to the undersigned, and (c) appropriately mark the docket as a consent case.

DATED: September 29, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; ceba1243.con